NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1316

LASMER INDUSTRIES, INC.,

Appellant,

v.

Robert M. Gates, SECRETARY OF DEFENSE,

Appellee.

Michael F. Copley, The Copley Law Firm, LLC, of Galloway, Ohio, argued for appellant.  With him on the brief were Kenley S. Maddux and Mark E. Landers.

Vincent D. Phillips, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.  On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director, and David A. Harrington, Senior Trial Counsel.

Appealed from:  Armed Services Board of Contract Appeals

Administrative Judge Monroe E. Freeman, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1316

LASMER INDUSTRIES, INC.,

Appellant,

Robert M. Gates, SECRETARY OF DEFENSE,

Appellee.

# Judgment

ON APPEAL from Armed Services Board of Contract Appeals

in CASE NO. 56411.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, LINN, and PROST, <u>Circuit Judges</u>.)

AFFIRMED. <u>See</u> Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: <u>January 5, 2010</u>     <u>/s/ Jan Horbaly</u>
                               Jan Horbaly, Clerk